UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

BOARD OF EDUCATION OF CARBONDALE
COMMUNITY HIGH SCHOOL DISTRICT 165,

    Plaintiff,

v.

SHANE M, et al,

    Defendants.                         No. 14-cv-423-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on March 5, 2015, this case is **DISMISSED** with prejudice.

                        JUSTINE FLANAGAN,
                        ACTING CLERK OF COURT

                        BY:     /s/*Caitlin Fischer*
                                **Deputy Clerk**

Dated:   May 8, 2015

Digitally signed by
David R. Herndon
Date: 2015.05.08
08:54:24 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT